PHILIP BOROWSKY, P.C. (State Bar No. 56590)
CHRISTOPHER J. HAYES (State Bar No. 184287)
NORMAN P. ENGLISH (State Bar No. 213179)
BOROWSKY & HAYES LLP
One Market Plaza, Suite 1275
Steuart Tower
San Francisco, California 94105-1403
Telephone: (415) 896-6800
Facsimile: (415) 896-0600

MICHAEL E. DERGOSITS (State Bar No. 118206)
mdergosits@dergnoah.com
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111-4179
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

PETER JAKAB (State Bar No. 139650)
FEIN & JAKAB
233 Broadway, Suite 930
The Woolworth Building
New York, NY 10279-0999
Telephone: (212) 732-9290
Facsimile: (212) 227-6479

Attorneys for Plaintiff FusionArc, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FusionArc, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Solidus Networks, Inc., a Delaware corporation doing business in California as Pay by Touch,<br><br>Defendant. | Case No. C06-CV-06760 RMW (RS)<br><br>**FUSIONARC'S ANSWER TO COUNTERCLAIMS OF SOLIDUS NETWORKS, INC.** |

Plaintiff FusionArc, Inc. ("FusionArc") hereby replies to the counterclaims of Defendant Solidus Networks, Inc., d/b/a Pay By Touch ("Solidus") and asserts the below affirmative defenses as follows:

1. FusionArc admits that this action arises under the laws of the United States of America and that Solidus purports to base its remedies upon the Declaratory Judgment Act, 28 U.S.C. § 2201, et seq. and the patent laws of the United States, 35 U.S.C. § 1, et seq. FusionArc denies the remaining allegations of paragraph 1 of the Counterclaims, which begin on page 6 of Solidus's Amended Answer.

2. FusionArc admits the allegations of paragraph 2 of the Counterclaims.

3. FusionArc admits the allegations of paragraph 3 of the Counterclaims.

4. FusionArc admits the allegations of paragraph 4 of the Counterclaims.

5. FusionArc admits the allegations of paragraph 5 of the Counterclaims.

6. FusionArc admits the allegations of paragraph 6 of the Counterclaims.

**FIRST COUNTERCLAIM FOR RELIEF**

7. FusionArc denies the allegations of paragraph 7 of the Counterclaims.

8. FusionArc denies the allegations of paragraph 8 of the Counterclaims.

**SECOND COUNTERCLAIM FOR RELIEF**

9. FusionArc denies the allegations of paragraph 9 of the Counterclaims.

10. FusionArc denies the allegations of paragraph 10 of the Counterclaims.

**THIRD COUNTERCLAIM FOR RELIEF**

11. FusionArc denies the allegations of paragraph 11 of the Counterclaims.

12. FusionArc denies the allegations of paragraph 12 of the Counterclaims.

**FIRST AFFIRMATIVE DEFENSE**

13. U.S. Patent No. 6,928,546 ("the '546 patent") is not invalid.

## SECOND AFFIRMATIVE DEFENSE

14. Neither FusionArc nor anyone acting on its behalf has committed inequitable conduct before the United States Patent and Trademark Office during the prosecution of the '546 patent.

## THIRD AFFIRMATIVE DEFENSE

15. Solidus fails to state a counterclaim upon which relief can be granted.

## PRAYER FOR RELIEF

WHEREFORE, FusionArc requests that the Court:

A. Enter judgment that Solidus has infringed the '546 patent under 35 U.S.C. § 271.

B. Enter judgment that Solidus's Counterclaims be dismissed with prejudice;

B. Declare that this is an exceptional case under 35 U.S.C. § 285 and award FusionArc its attorneys' fees and expenses in this action;

C. Award FusionArc its costs in this action; and

D. Enter such other and further relief to which FusionArc may be entitled as a matter of law, or which the Court may otherwise deem just and proper.

Dated: January 8, 2007

DERGOSITS & NOAH LLP

/s/

By: MICHAEL E. DERGOSITS
Attorney for Plaintiff FUSIONARC, Inc.

**JURY DEMAND**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff FusionArc, Inc. hereby demands a trial by jury for all issues so triable in this action.

Dated: January 8, 2007

DERGOSITS & NOAH LLP

/s/

By: MICHAEL E. DERGOSITS
Attorney for Plaintiff FUSIONARC, Inc.