| | |
|---|---|
| BOROWSKY & HAYES LLP<br>PHILIP BOROWSKY, P.C. (SBN 56590)<br>CHRISTOPHER J. HAYES (SBN 184287)<br>NORMAN P. ENGLISH (SBN 213179)<br>One Market Plaza, Suite 1275<br>San Francisco, California 94105-1403<br>Telephone: (415) 896-6800<br>Facsimile: (415) 896-0600<br>Email: Philip.Borowsky@borowsky.com<br>       Christopher.Hayes@borowsky.com<br>       Norman.English@borowsky.com | MAYER, BROWN, ROWE & MAW LLP<br>BRANDON BAUM (SBN 121318)<br>W. JOSEPH MELNIK (*pro hac vice*)<br>JOSHUA M. MASUR (SBN 203510)<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-2112<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>Email: bbaum@mayerbrownrowe.com<br>      jmelnik@mayerbrownrowe.com<br>      jmasur@mayerbrownrowe.com |
| DERGOSITS & NOAH LLP<br>MICHAEL E. DERGOSITS (SBN 118206)<br>Four Embarcadero Center, Suite 1450<br>San Francisco, California 94111-4179<br>Telephone: (415) 705-6377<br>Facsimile: (415) 705-6383<br>Email: mdergosits@dergnoah.com | Attorneys for Defendant<br>SOLIDUS NETWORKS, INC. |
| PETER JAKAB (SBN 139650)<br>FEIN & JAKAB<br>233 Broadway, Suite 930<br>New York, NY 10279-0999<br>Telephone: (212) 732-9290<br>Facsimile: (212) 227-6479<br>Email: pjakab@earthlink.net | *E-FILED 3/9/07* |

Attorneys for Plaintiff FUSIONARC, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FUSIONARC, INC., a Delaware corporation,<br><br>    Plaintiff<br><br>    v.<br><br>SOLIDUS NETWORKS, INC., a Delaware corporation doing business in California as PAY BY TOUCH<br><br>    Defendant. | Case No. C06-CV-06760 RMW (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING TIME FOR BRIEFING ON MOTIONS**<br><br>[Civ. L.R. 6-2] |

44032986.5

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff FusionArc, Inc. ("FusionArc") and Defendant Solidus Networks, Inc. ("Solidus") stipulate and jointly request that the Court enter an order changing the briefing schedule on two contemplated motions.

### Solidus' Motion re FusionArc's Patent Local Rule 3-1 Contentions

Solidus has challenged the sufficiency of FusionArc's Preliminary Infringement Contentions under Patent Local Rule 3-1, served on February 26, 2007. After meeting and conferring by both correspondence and telephone, FusionArc has not agreed to amend its disclosures, and Solidus therefore intends to move the Court for relief. *See* Declaration of Joshua M. Masur ("Masur Decl."), ¶ 2.

The case schedule currently requires Solidus to serve Preliminary Invalidity Contentions under Patent Local Rule 3-3, and its document production under Patent Local Rule 3-4, on April 16, 2007. However, Solidus contends that until and unless FusionArc amends its Patent Local Rule 3-1 disclosures, Solidus cannot comply with the requirements of Patent Local Rules 3-3 and 3-4. *See* Masur Decl., ¶ 3. FusionArc contends that its Preliminary Infringement Contentions satisfy the requirements of Patent L.R. 3-1, and therefore do not require amendment. FusionArc further contends that notwithstanding any alleged deficiencies in its Preliminary Infringement Contentions, Solidus still has a duty to serve Preliminary Invalidity Contentions under Patent L.R. 3-3, and to produce documents under Patent L.R. 3-4, by April 16, 2007.

To allow adequate time for hearing and decision prior to Solidus' April 16, 2007 deadline, and to avoid the need to alter the case schedule absent amendment of FusionArc's Patent Local Rule 3-1 Preliminary Infringement Contentions, the parties have agreed that the dispute be heard on Magistrate Judge Seeborg's civil motions calendar on Wednesday, April 4, 2007 at 9:30 a.m. The parties have therefore agreed to an accelerated briefing schedule. *See* Masur Decl., ¶ 4.

### FusionArc's Motion re Protective Order

The parties have met and conferred by both correspondence and telephone in an attempt to agree on the form of a stipulated protective order based on the Northern District Model Stipulated Protective Order. At this time, they believe that they remain at an impasse on only a single issue: namely, whether in the event of an unresolved dispute over whether a document has been

properly designated for "outside attorneys' eyes only," the burden to bring the dispute before the Court should fall on the designating party or the receiving party.  *See* Masur Decl., ¶ 5.

The parties have agreed that, for the convenience of the Court and for the sake of efficiency, the dispute regarding the protective order should be calendared along with Solidus' Motion regarding FusionArc's Patent Local Rule 3-1 Contentions.  *See* Masur Decl., ¶ 6.

### [~~Proposed~~] Order

For the foregoing reasons, the briefing schedule shall be as follows:

- Solidus will file its Motion regarding FusionArc's Patent Local Rule 3-1 Contentions, and FusionArc will file its Motion regarding the Protective Order, no later than March 14, 2007;
- Oppositions are due no later than March 21, 2007;
- Replies are due no later than March 28, 2007; and
- Both Motions will be heard on April 4, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 9, 2007

THE HON. RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

Submitted:  March 8, 2007

For Plaintiff FUSIONARC, INC.                    For Defendant SOLIDUS NETWORKS, INC.

*/s/*                                             */s/*

Philip Borowsky                                   Joshua M. Masur
BOROWSKY & HAYES, LLP                             MAYER, BROWN, ROWE & MAW LLP