**\*E-FILED 3/29/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUSIONARC, INC., | NO. C 06-06760 RMW (RS) |
| Plaintiff, | **ORDER RE MOTION FOR PROTECTIVE ORDER** |
| v. | |
| SOLIDUS NETWORKS, INC., | |
| Defendant. | |

Plaintiff has filed a motion for entry of a general protective order herein. In opposition, defendant agrees that entry of such an order is appropriate, but in slightly different form. Pursuant to Civil Local Rule 7-1 (b) the Court finds this matter suitable for disposition without oral argument. The Court will enter a protective order in the form proposed by defendant.

Defendant's motion to strike plaintiff's preliminary infringement contentions remains on calendar for April 4, 2007.

IT IS SO ORDERED.

Dated: 3/28/07

RICHARD SEEBORG
United States Magistrate Judge