| | |
|---|---|
| BOROWSKY & HAYES LLP<br>PHILIP BOROWSKY, P.C. (SBN 56590)<br>CHRISTOPHER J. HAYES (SBN 184287)<br>NORMAN P. ENGLISH (SBN 213179)<br>One Market Plaza, Suite 1275<br>San Francisco, California 94105-1403<br>Telephone: (415) 896-6800<br>Facsimile: (415) 896-0600<br>Email: Philip.Borowsky@borowsky.com<br>         Christopher.Hayes@borowsky.com<br>         Norman.English@borowsky.com<br><br>DERGOSITS & NOAH LLP<br>MICHAEL E. DERGOSITS (SBN 118206)<br>Four Embarcadero Center, Suite 1450<br>San Francisco, California 94111-4179<br>Telephone: (415) 705-6377<br>Facsimile: (415) 705-6383<br>Email: mdergosits@dergnoah.com<br><br>PETER JAKAB (SBN 139650)<br>FEIN & JAKAB<br>233 Broadway, Suite 930<br>New York, NY 10279-0999<br>Telephone: (212) 732-9290<br>Facsimile: (212) 227-6479<br>Email: pjakab@earthlink.net<br><br>Attorneys for Plaintiff FUSIONARC, INC. | MAYER, BROWN, ROWE & MAW LLP<br>BRANDON BAUM (SBN 121318)<br>JOSEPH MELNIK (admitted *pro hac vice*)<br>JOSHUA M. MASUR (SBN 203510)<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA  94306-2112<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>Email: jmelnik@mayerbrownrowe.com<br>         bbaum@mayerbrownrowe.com<br>         jmasur@mayerbrownrowe.com<br><br>Attorneys For Defendant<br>SOLIDUS NETWORKS, INC.<br><br><br>*E-FILED 5/2/07* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN JOSE DIVISION

| | |
|---|---|
| FUSIONARC, INC., a Delaware corporation,<br><br>    Plaintiff<br><br>    v.<br><br>SOLIDUS NETWORKS, INC., a Delaware corporation doing business in California as PAY BY TOUCH<br><br>    Defendant. | Case No. C06-CV-06760 RMW (RS)<br><br>**STIPULATED AMENDMENT TO PROTECTIVE ORDER**<br> AND ORDER |

WHEREAS, on March 29, 2007, the Court entered a Protective Order in the above-titled

-1-

**STIPULATED AMENDMENT TO PROTECTIVE ORDER**

44036677.1

action, based on the Model Protective Order for the Northern District of California (docket no. 38); and

WHEREAS, the Protective Order as entered, like the Northern District Model on which it is based, does not expressly provide for disclosure of confidential information to ADR Neutrals;

THEREFORE, Plaintiff FusionArc, Inc. ("FusionArc") and Defendant Solidus Networks, Inc. ("Solidus") hereby STIPULATE that the Protective Order shall be amended to add new Section 2.14 as follows:

>   2.14   ADR Neutral:  shall have the meaning ascribed by the Local Rules for Alternative Dispute Resolution of the Northern District of California.

AND THEREFORE, FusionArc and Solidus hereby FURTHER STIPULATE that Sections 7.2(e) and 7.3(d) of the Protective Order shall be amended to add "ADR Neutrals," such that they shall read "court reporters, their staffs, ADR Neutrals, and Professional Vendors to whom disclosure is reasonably necessary for this litigation."

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Submitted:  May 1, 2007

For Plaintiff FUSIONARC, INC.                For Defendant SOLIDUS NETWORKS, INC.

/s/                                          /s/

Philip Borowsky[1]                           Joshua M. Masur
BOROWSKY & HAYES, LLP                        MAYER, BROWN, ROWE & MAW LLP


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May 2       , 2007       By: _____
                                     THE HONORABLE RICHARD SEEBORG
                                     United States Magistrate Judge

---

[1] *Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

-2-

**STIPULATED AMENDMENT TO PROTECTIVE ORDER**

44036677.1