PHILIP BOROWSKY, P.C. (State Bar No. 56590)
NORMAN P. ENGLISH (State Bar No. 213179)
CHRISTOPHER J. HAYES (State Bar No. 184287)
BOROWSKY & HAYES LLP
One Market Plaza, Suite 1275
Steuart Tower
San Francisco, California 94105-1403
Telephone: (415) 896-6800
Facsimile: (415) 896-0600
Philip.Borowsky@borowsky.com
Christopher.Hayes@borowsky.com
Norman.English@borowsky.com

BRANDON BAUM (State Bar No.121318)
W. JOSEPH MELNIK (*pro hac vice*)
JOSHUA M. MASUR (State Bar No. 203510)
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
bbaum@mayerbrownrowe.com
jmelnik@mayerbrownrowe.com
jmasur@mayerbrownrowe.com

MICHAEL E. DERGOSITS (State Bar No. 118206)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111-4179
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
mdergosits@dergnoah.com

Attorneys for Defendant
SOLIDUS NETWORKS, INC.

PETER JAKAB (State Bar No. 139650)
FEIN & JAKAB
233 Broadway, Suite 930
The Woolworth Building
New York, NY 10279-0999
Telephone: (212) 732-9290
Facsimile: (212) 227-6479
pjakab@earthlink.net

Attorneys for Plaintiff FUSIONARC, INC.

*E-FILED - 6/28/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| FUSIONARC, INC., <br><br>  Plaintiff, <br><br> v. <br><br> SOLIDUS NETWORKS, INC., <br><br>  Defendant. | Civil Action No. C06-CV-06760 RMW (RS) <br><br> **[] ORDER AND STIPULATION RE NEW PATENT TO ISSUE FROM U.S. PATENT APPLICATION SERIAL NO. 11/153,221** <br><br> **[Civ. L.R. 7-12]** |

-1-

WHEREAS plaintiff FusionArc, Inc. commenced this action against defendant Solidus Networks, Inc. by filing a Complaint alleging that Solidus' Pay By Touch and TrueMe products and/or services infringe U.S. Patent No. 6,928,546 (the "'546 patent");

WHEREAS plaintiff has recently paid the Issue Fee in pending U.S. patent application Serial No. 11/153,221 (the "'221 application"), which is a divisional application of the '546 patent, and expects a new patent based on the '221 application to issue in due course;

WHEREAS plaintiff intends to allege that Solidus' Pay By Touch and TrueMe products and/or services also infringe the new patent;

WHEREAS, were plaintiff to file a separate complaint based on the new patent, the parties believe that such action would meet the requirements set forth in Civil Local Rule 3-12(a) for a related case; and,

WHEREAS the parties to this action believe that it would be more efficient to permit the new patent to be made part of the instant case, rather than the subject of a separate action;

THEREFORE, pursuant to Civil Local Rule 7-12, the parties agree and stipulate as follows:

1. All discovery and motion practice in this action is hereby stayed until the issuance of the new patent, and the forthcoming dates set forth in the Joint Case Management Statements (docket nos. 23 & 25) and the February 16, 2007 Civil Minutes re: Case Management Conference (docket no. 24) are vacated;

2. No later than seven (7) days after the issuance of the new patent, FusionArc shall deliver to counsel for Solidus a draft amended complaint containing a new cause of action for infringement of the new patent and a draft stipulation in accordance with Civil Local Rule 7-12 for an order granting FusionArc leave to file the proposed amended complaint;

3. No later than five (5) days after receipt of the draft amended complaint and draft stipulation, Solidus shall either stipulate to allow FusionArc to file the pleading or shall initiate a meet and confer to identify the bases for its refusal to stipulate.

-2-

[] ORDER AND STIPULATION RE NEW PATENT TO ISSUE FROM U.S. PATENT APPLICATION SERIAL NO. 11/153,221
Case No. C06-CV-06760 RMW (RS)
PADB01 44037549.2   05-Jun-07 14:23

4.   In the event that the Court grants FusionArc leave to file the amended complaint, not later than five (5) days after the amended complaint is filed, FusionArc shall serve its Patent Local Rule 3-1 and 3-2 disclosures; and,

5.   Thereafter, the case shall resume in accordance with the schedule set forth in the Patent Local Rules, or as otherwise ordered by the Court.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Submitted: June 6, 2007

For Plaintiff FUSIONARC, INC.                    For Defendant SOLIDUS NETWORKS, INC.

By: /s/                                          By: /s/
    Michael E. Dergosits [1]                         Joshua M. Masur
    Dergosits & Noah LLP                             Mayer, Brown, Rowe & Maw LLP

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/28/07                                   By: *Ronald M. Whyte*
                                                     THE HONORABLE RONALD M. WHYTE
                                                     United States District Judge

-3-

[] ORDER AND STIPULATION RE NEW PATENT TO ISSUE FROM U.S. PATENT APPLICATION SERIAL NO. 11/153,221
Case No. C06-CV-06760 RMW (RS)
PADB01 44037549.2  05-Jun-07 14:23