1  PHILIP BOROWSKY, P.C. (State Bar No. 56590)        BRANDON BAUM (State Bar No.121318)
   CHRISTOPHER J. HAYES (State Bar No. 184287)        W. JOSEPH MELNIK (*pro hac vice*)
2  NORMAN P. ENGLISH (State Bar No. 213179)           JOSHUA M. MASUR (State Bar No. 203510)
   BOROWSKY & HAYES LLP                               MAYER, BROWN, ROWE & MAW LLP
3  One Market Plaza, Suite 1275                       Two Palo Alto Square, Suite 300
   Steuart Tower                                      3000 El Camino Real
4  San Francisco, California 94105-1403               Palo Alto, CA 94306-2112
   Telephone: (415) 896-6800                          Telephone: (650) 331-2000
5  Facsimile: (415) 896-0600                          Facsimile: (650) 331-2060
   Philip.Borowsky@borowsky.com                       bbaum@mayerbrownrowe.com
6  Christopher.Hayes@borowsky.com                     jmelnik@mayerbrownrowe.com
   Norman.English@borowsky.com                        jmasur@mayerbrownrowe.com
7
8  MICHAEL E. DERGOSITS (State Bar No. 118206)        Attorneys for Defendant
   DERGOSITS & NOAH LLP                               SOLIDUS NETWORKS, INC.
9  Four Embarcadero Center, Suite 1450
   San Francisco, California 94111-4179
10 Telephone: (415) 705-6377
   Facsimile: (415) 705-6383
11 mdergosits@dergnoah.com

12 PETER JAKAB (State Bar No. 139650)
   FEIN & JAKAB
13 233 Broadway, Suite 930
   The Woolworth Building
14 New York, NY 10279-0999
   Telephone: (212) 732-9290
15 Facsimile: (212) 227-6479
   pjakab@earthlink.net

16 Attorneys for Plaintiff FUSIONARC, INC.

*E-FILED - 8/3/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FUSIONARC, INC., a Delaware corporation, | No. C 06-06760 RMW (RS) |
| Plaintiff, | [] **ORDER AND STIPULATION GRANTING LEAVE TO FILE FIRST AMENDED AND SUPPLEMENTAL COMPLAINT** |
| v. | |
| SOLIDUS NETWORKS, INC., a Delaware corporation doing business in California as PAY BY TOUCH, | |
| Defendant. | |

WHEREAS, on June 28, 2007, the Court ordered (docket no. 45) the above-captioned case

BOROWSKY & HAYES LLP
One Market Plaza
Steuart Tower Suite 1275
San Francisco, CA 94105
Tel. (415) 896-6800
Fax (415) 896-0600

G:\Cases\1200 FusionArc\Pleadings\Stip & Order to File 1st Amnd Cmplt.wpd     1
Order and Stipulation Granting Leave to File First Amended and Supplemental Complaint     No. C 06-06760 RMW (RS)

stayed pending issuance of a new patent from U.S. Patent Application Serial No. 11/153,221;

WHEREAS, on July 17, 2007, the United States Patent & Trademark Office issued U.S. Patent No. 7,246,244 based on that application;

WHEREAS, Plaintiff has prepared the attached First Amended and Supplemental Complaint based on the new patent;

WHEREAS, Defendant intends to timely file an answer or other response to the First Amended and Supplemental Complaint, disputing the allegations therein;

THEREFORE, pursuant to Civil Local Rule 7-12, the parties agree and stipulate as follows:

1.  Plaintiff is hereby GRANTED leave to file the attached First Amended and Supplemental Complaint.

2.  Defendant shall file its answer or other response to the First Amended and Supplemental Complaint within the time allowed by Rule 12(a)(1) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Submitted: July 31, 2007

| For Plaintiff FUSIONARC, INC. | For Defendant SOLIDUS NETWORKS, INC. |
|---|---|
| By: /s/ Christopher J. Hayes<br>CHRISTOPHER J. HAYES<br>BOROWSKY & HAYES LLP | By: /s/ Joshua M. Masur<br>JOSHUA M. MASUR<br>MAYER, BROWN, ROWE & MAW LLP |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiff shall file the First Amended and Supplemental Complaint forthwith.

Dated: 8/3/07                                     By: /s/ Ronald M. Whyte
                                                  THE HONORABLE RONALD M. WHYTE
                                                  United States District Judge

BOROWSKY & HAYES LLP
One Market Plaza
Steuart Tower Suite 1275
San Francisco, CA 94105
Tel. (415) 896-6800
Fax (415) 896-0600