PHILIP BOROWSKY, P.C. (State Bar No. 56590)
CHRISTOPHER J. HAYES (State Bar No. 184287)
NORMAN P. ENGLISH (State Bar No. 213179)
BOROWSKY & HAYES LLP
One Market Plaza, Suite 1275
Steuart Tower
San Francisco, California 94105-1403
Telephone: (415) 896-6800
Facsimile: (415) 896-0600

MICHAEL E. DERGOSITS (State Bar No. 118206)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111-4179
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

PETER JAKAB (State Bar No. 139650)
FEIN & JAKAB
233 Broadway, Suite 930
The Woolworth Building
New York, NY 10279-0999
Telephone: (212) 732-9290
Facsimile: (212) 227-6479

Attorneys for Plaintiff FUSIONARC, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUSIONARC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOLIDUS NETWORKS, INC., a Delaware corporation doing business in California as PAY BY TOUCH,<br><br>Defendant. | No. C 06-06760 RMW (RS)<br><br>**FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (N.D. CAL. CIV. L.R. 3-16)** |

Plaintiff FusionArc, Inc. complains against Defendant Solidus Networks, Inc. and demands a jury trial as follows:

**Jurisdiction and Venue**

1. This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) since it arises under the patent laws of the United States, 35 U.S.C. § 1 et seq.

2. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b), 1391 (c), and 1400(b) because, on information and belief, the defendant is doing business in this judicial district and is subject to personal jurisdiction in this judicial district.

**Intradistrict Assignment**

3. This is a patent infringement action subject to district-wide assignment under Civ. L.R. 3-2(c). Events that give rise to this action occurred in this judicial district.

**The Parties**

4. FusionArc is a Delaware corporation. It owns U.S. Patent No. 6,928,546 B1 issued on August 9, 2005 (hereinafter "the '546 Patent") entitled *"Identification Verification Method Using A Central Biometric Authority."* A copy of the '546 Patent is attached to this First Amended and Supplemental Complaint as Exhibit A.

5. Fusion Arc also owns U.S. Patent No. 7,246,244 B2 issued on July 17, 2007 (hereinafter "the '244 Patent") and also entitled *"Identification Verification Method Using A Central Biometric Authority."* A copy of the '244 Patent is attached to this First Amended and Supplemental Complaint as Exhibit B. The '244 Patent is a continuation of U.S. patent application No. 09/311,928, filed on May 14, 1999, now the '546 Patent.

6. Plaintiff FusionArc has the right to bring the present action against Solidus.

7. On information and belief, Solidus is a Delaware corporation with its principal place of business at 101 Second Street, Suite 1100, San Francisco, California 94105. Since about September 1, 2000, Solidus has done business in California under the fictitious name of "Pay by Touch" according to fictitious business name filing number 2003-0270105-00, on file as of September 22, 2003 with the County Clerk of the City and County of San Francisco. Solidus makes, uses, sells, and/or offers for sale an identification verification method using a central biometric authority as described in the '546 Patent and the '244 Patent.

**General Allegations**

8. FusionArc, through its owners Samir H. Nanavati and Rajkumar H. Nanavati, patented a method of performing biometric verifications to authenticate or to identify parties to a transaction, including but not limited to retail credit card purchases using a third party or central biometric

BOROWSKY & HAYES LLP
One Market Plaza
Steuart Tower Suite 1275
San Francisco, CA 94105
Tel. (415) 896-6800
Fax (415) 896-0600

authority (CBA). A fuller description of the unique method and manner by which this patented invention performs is described in Exhibits A and B, The Patents.

9. This patented method of biometric identity verification is enormously valuable and will likely change the way retail sales are conducted for a good part of the 21st Century.

10. On October 5, 2006, FusionArc wrote to Solidus providing details of the ’546 Patent and requesting Solidus to cease and desist from infringing the ’546 Patent. Solidus has provided no substantive response to that request.

**First Cause of Action—Patent Infringement Concerning the ’546 Patent**

11. FusionArc incorporates by reference the allegations of paragraphs 1–10 of this First Amended and Supplemental Complaint, as though set forth fully herein.

12. On August 9, 2005, the U.S. Patent & Trademark Office duly issued the ’546 Patent.

13. After the issuance of the ’546 Patent, Solidus has infringed and is now infringing, inducing infringement and contributing to infringement of the ’546 Patent both literally and under the doctrine of equivalents, by making, using, selling, and/or offering for sale equipment and services for performing biometric verifications to authenticate or to identify parties to a transaction using a third party or central biometric authority.

14. FusionArc has complied with the statutory requirements of 35 U.S.C. § 287.

15. Solidus has unlawfully derived, is deriving, and will continue to derive, revenues and profits from the acts of infringement complained of herein. FusionArc has suffered and will continue to suffer damages thereby, and will suffer irreparable injury unless Solidus is enjoined from further infringement.

16. As a result of Solidus’s infringement, FusionArc has sustained damages, including but not limited to loss of revenues.

17. Although Solidus has been made aware of the ’546 Patent, acts of infringement have continued and are likely to continue unless enjoined by this Court. Such knowing and willful acts of infringement provide the basis for enhancing damages under 35 U.S.C. § 284 and awarding attorney fees under 35 U.S.C. § 285.

BOROWSKY & HAYES LLP
One Market Plaza
Steuart Tower Suite 1275
San Francisco, CA 94105
Tel. (415) 896-6800
Fax (415) 896-0600

**Second Cause of Action—Patent Infringement Concerning the ’244 Patent**

18. FusionArc incorporates by reference the allegations of paragraphs 1–17 of this First Amended and Supplemental Complaint, as though set forth fully herein.

19. On July 17, 2007, the U.S. Patent & Trademark Office duly issued the ’244 Patent, which is a continuation of the same application as the ’546 Patent.

20. After the issuance of the ’244 Patent, Solidus has infringed and is now infringing, inducing infringement and contributing to infringement of the ’244 Patent both literally and under the doctrine of equivalents, by making, using, selling, and/or offering for sale equipment and services for performing biometric verifications to authenticate or to identify parties to a transaction using a third party or central biometric authority.

21. FusionArc has complied with the statutory requirements of 35 U.S.C. § 287.

22. Solidus has unlawfully derived, is deriving, and will continue to derive, revenues and profits from the acts of infringement complained of herein. FusionArc has suffered and will continue to suffer damages thereby, and will suffer irreparable injury unless Solidus is enjoined from further infringement.

23. As a result of Solidus’s infringement, FusionArc has sustained damages, including but not limited to loss of revenues.

24. Although Solidus has been made aware of the ’244 Patent, acts of infringement have continued and are likely to continue unless enjoined by this Court. Such knowing and willful acts of infringement provide the basis for enhancing damages under 35 U.S.C. § 284 and awarding attorney fees under 35 U.S.C. § 285.

**Prayer for Relief**

WHEREFORE, FusionArc prays for the following relief:

A. An order preliminarily and permanently enjoining Solidus, as well as its officers, directors, employees, agents and servants, and all persons and firms in active concert and participation with it, from infringing any claim of the ’546 Patent and the ’244 Patent;

B. An order requiring Solidus to provide an accounting and pay all damages sustained by FusionArc for Solidus’s infringement of the ’546 Patent and the ’244 Patent including FusionArc’s

BOROWSKY & HAYES LLP
One Market Plaza
Steuart Tower Suite 1275
San Francisco, CA 94105
Tel. (415) 896-6800
Fax (415) 896-0600

lost profits and a reasonable royalty;

C. An order requiring Solidus to pay to FusionArc up to three times the amount of damages sustained by FusionArc pursuant to 35 U.S.C. § 284;

D. An order requiring Solidus to pay to FusionArc the attorneys' fees and costs that FusionArc has incurred in prosecuting this action pursuant to 35 U.S.C. § 285;

E. An order requiring Solidus to pay pre-judgment interest to FusionArc; and

F. An order granting such other and further relief that the Court deems just and proper.

Dated: August 6, 2007

BOROWSKY & HAYES LLP

/s/ Philip Borowsky
By: PHILIP BOROWSKY
Attorneys for Plaintiff FUSIONARC, INC.

**Demand for Jury Trial**

FusionArc hereby demands a trial by jury for all the issues so triable in this action.

Dated: August 6, 2007

BOROWSKY & HAYES LLP

/s/ Philip Borowsky
By: PHILIP BOROWSKY
Attorneys for Plaintiff FUSIONARC, INC.

**Certification of Interested Entities or Persons**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 6, 2007

BOROWSKY & HAYES LLP

/s/ Philip Borowsky
By: PHILIP BOROWSKY
Attorneys for Plaintiff FUSIONARC, INC.

BOROWSKY & HAYES LLP
One Market Plaza
Steuart Tower Suite 1275
San Francisco, CA 94105
Tel. (415) 896-6800
Fax (415) 896-0600