PHILIP BOROWSKY, P.C. (State Bar No. 56590)
CHRISTOPHER J. HAYES (State Bar No. 184287)
BOROWSKY & HAYES LLP
One Market Plaza, Suite 1275
Steuart Tower
San Francisco, California 94105-1403
Telephone: (415) 896-6800
Facsimile: (415) 896-0600

MICHAEL E. DERGOSITS (State Bar No. 118206)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111-4179
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

PETER JAKAB (State Bar No. 139650)
FEIN & JAKAB
233 Broadway, Suite 930
The Woolworth Building
New York, NY 10279-0999
Telephone: (212) 732-9290
Facsimile: (212) 227-6479

Attorneys for Plaintiff FUSIONARC, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FUSIONARC, INC., a Delaware corporation,

Plaintiff,

v.

SOLIDUS NETWORKS, INC., a Delaware corporation doing business in California as PAY BY TOUCH,

Defendant.

No. C 06-06760 RMW (RS)

**FUSIONARC'S REPLY TO COUNTERCLAIMS IN SOLIDUS'S ANSWER TO FIRST AMENDED AND SUPPLEMENTAL COMPLAINT;**

**RENEWED DEMAND FOR TRIAL BY JURY**

Plaintiff FusionArc, Inc. ("FusionArc") hereby replies to the counterclaims of Defendant Solidus Networks, Inc., d/b/a Pay by Touch ("Solidus") and asserts defenses thereto as follows:

**Reply to Allegations About the Nature of the Action**

1. FusionArc admits that this action arises under the laws of the United States of America and that Solidus purports to base its remedies upon the Declaratory Judgment Act, 28 U.S.C. § 2201, et seq. and the patent laws of the United States, 35 U.S.C. § 1, et seq. FusionArc denies the remaining

allegations of paragraph 37 of the Counterclaims, which begin on page 6 of Solidus's Answer, Affirmative Defenses, and Counterclaims to First Amended and Supplemental Complaint, Docket No. 50 (the "Counterclaims").

**Reply to Allegations About the Parties**

2. On information and belief, FusionArc admits the allegations of paragraph 38 of the Counterclaims.

3. FusionArc admits the allegations of paragraph 39 of the Counterclaims.

**Reply to Allegations About Jurisdiction**

4. FusionArc admits the allegations of paragraph 40 of the Counterclaims.

5. In reply to paragraph 41 of the Counterclaims, FusionArc admits that venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b)–(c) and 1400(b) because FusionArc filed this suit in this district. FusionArc denies the remaining allegations of paragraph 41 of the Counterclaims.

6. In reply to paragraph 42 of the Counterclaims, FusionArc admits that a controversy exists over Solidus's infringement of FusionArc's patents. FusionArc denies the remaining allegations of paragraph 42 of the Counterclaims.

**Reply to First Counterclaim for Relief**
**(Alleged Non-Infringement of the `546 Patent)**

7. In reply to paragraph 43 of the Counterclaims, FusionArc incorporates the admissions, denials, and averments of the preceding paragraphs as though fully set forth in this paragraph.

8. FusionArc denies the allegations of paragraph 44 of the Counterclaims.

**Reply to Second Counterclaim for Relief**
**(Alleged Invalidity of the `546 Patent)**

9. In reply to paragraph 45 of the Counterclaims, FusionArc incorporates the admissions, denials, and averments of the preceding paragraphs as though fully set forth in this paragraph.

10. FusionArc denies the allegations of paragraph 46 of the Counterclaims.

BOROWSKY & HAYES LLP
One Market Plaza
Steuart Tower Suite 1275
San Francisco, CA 94105
Tel. (415) 896-6800
Fax (415) 896-0600

**Reply to Third Counterclaim for Relief**
**(Alleged Unenforceability of the `546 Patent)**

11. In reply to paragraph 47 of the Counterclaims, FusionArc incorporates the admissions, denials, and averments of the preceding paragraphs as though fully set forth in this paragraph.

12. FusionArc denies the allegations of paragraph 48 of the Counterclaims.

13. FusionArc admits the allegations of paragraph 49 of the Counterclaims.

14. In reply to paragraph 50 of the Counterclaims, FusionArc admits that 37 C.F.R. § 1.56, only part of which is quoted in paragraph 50 of the Counterclaims, applies to each individual associated with the filing and prosecution of a patent application. FusionArc denies the remaining allegations of paragraph 50 as incomplete and misleading, and respectfully refers the Court to the entirety of 37 C.F.R. § 1.56.

15. In reply to paragraph 51 of the Counterclaims, FusionArc admits that Samir H. Nanavati, Rajkumar H. Nanavati, Shahan Islam, Samson Helfgott, Harris Wolin, and Thomas J. Bean were associated with the filing and prosecution of the `928 Application within the meaning of 37 C.F.R. § 1.56(c). FusionArc denies the remaining allegations of paragraph 51 as incomplete and misleading, and respectfully refers the Court to the entirety of 37 C.F.R. § 1.56.

16. FusionArc denies the allegations of paragraph 52 of the Counterclaims.

17. In reply to paragraph 53 of the Counterclaims, FusionArc admits that the inventors are partners in a consulting firm known as International Biometric Group ("IBG") that has operated in the field of biometrics. FusionArc denies the remaining allegations of paragraph 53 of the Counterclaims.

18. FusionArc denies the allegations of paragraph 54 of the Counterclaims.

19. In reply to paragraph 55 of the Counterclaims, FusionArc admits that at least one of the inventors met with Solidus personnel in 2005. FusionArc denies the remaining allegations of paragraph 55 of the Counterclaims.

20. FusionArc denies the allegations of paragraph 56 of the Counterclaims.

21. FusionArc denies the allegations of paragraph 57 of the Counterclaims.

22. FusionArc denies the allegations of paragraph 58 of the Counterclaims.

23. FusionArc denies the allegations of paragraph 59 of the Counterclaims.

BOROWSKY & HAYES LLP
One Market Plaza
Steuart Tower Suite 1275
San Francisco, CA 94105
Tel. (415) 896-6800
Fax (415) 896-0600

**Reply to Fourth Counterclaim for Relief**
**(Alleged Non-Infringement of the `244 Patent)**

24. In reply to paragraph 60 of the Counterclaims, FusionArc incorporates the admissions, denials, and averments of the preceding paragraphs as though fully set forth in this paragraph.

25. FusionArc denies the allegations of paragraph 61 of the Counterclaims.

**Reply to Fifth Counterclaim for Relief**
**(Alleged Invalidity of the `244 Patent)**

26. In reply to paragraph 62 of the Counterclaims, FusionArc incorporates the admissions, denials, and averments of the preceding paragraphs as though fully set forth in this paragraph.

27. FusionArc denies the allegations of paragraph 63 of the Counterclaims.

**Reply to Sixth Counterclaim for Relief**
**(Alleged Unenforceability of the `244 Patent)**

28. In reply to paragraph 64 of the Counterclaims, FusionArc incorporates the admissions, denials, and averments of the preceding paragraphs as though fully set forth in this paragraph.

29. FusionArc denies the allegations of paragraph 65 of the Counterclaims.

30. FusionArc denies the allegations of paragraph 66 of the Counterclaims.

31. In reply to paragraph 67 of the Counterclaims, FusionArc admits that Solidus has quoted part of Section 2001.06(c) of the Manual of Patent Examining Procedure. FusionArc avers that, as stated in the Forward to the MPEP, "The Manual does not have the force of law or the force of the rules in Title 37 of the Code of Federal Regulations." (MPEP, Forward (8th ed., Rev. 3, August 2005.) FusionArc denies the remaining allegations of paragraph 67 of the Counterclaims.

32. FusionArc denies the allegations of paragraph 68 of the Counterclaims.

33. In reply to paragraph 69 of the Counterclaims, FusionArc admits that on December 21, 2006, Solidus filed its Amended Answer, Affirmative Defenses, and Counterclaims in this litigation, and that the Ninth Affirmative Defense in that Answer set forth certain inequitable conduct allegations. FusionArc denies the remaining allegations of paragraph 69 of the Counterclaims.

34. In reply to paragraph 70 of the Counterclaims, FusionArc admits that Solidus served its Patent Local Rule 3-3 and 3-4 Disclosures on FusionArc. FusionArc denies the remaining

BOROWSKY & HAYES LLP
One Market Plaza
Steuart Tower Suite 1275
San Francisco, CA 94105
Tel. (415) 896-6800
Fax (415) 896-0600

allegations of paragraph 70 of the Counterclaims.

35. In reply to paragraph 71 of the Counterclaims, FusionArc admits that the inventors of the `244 patent filed an Information Disclosure Statement for the `221 patent application. FusionArc denies the remaining allegations of paragraph 71 of the Counterclaims.

36. In reply to paragraph 72 of the Counterclaims, FusionArc admits that it provided the United States Patent and Trademark Office with prior art. FusionArc denies the remaining allegations of paragraph 72 of the Counterclaims.

37. FusionArc denies the allegations of paragraph 73 of the Counterclaims.

38. FusionArc denies the allegations of paragraph 74 of the Counterclaims.

39. In reply to the Prayer for Relief of the Counterclaims, FusionArc denies that Solidus is entitled to any remedy whatsoever on any counterclaim.

**Defenses and Affirmative Defenses**

FusionArc asserts the following defenses and affirmative defenses to the Counterclaims (without conceding that it bears the burden of proof on any such defense):

**First Defense**

40. U.S. Patent No. 6,928,546 ("the `546 patent") is not invalid.

**Second Defense**

41. U.S. Patent No. 7,246,244 ("the `244 patent") is not invalid.

**Third Defense**

42. Neither FusionArc nor anyone acting on its behalf has committed inequitable conduct before the United States Patent and Trademark Office during the prosecution of the `546 patent.

**Fourth Defense**

43. Neither FusionArc nor anyone acting on its behalf has committed inequitable conduct before the United States Patent and Trademark Office during the prosecution of the `244 patent.

**Fifth Defense**

44. Solidus fails to state any counterclaim upon which relief can be granted.

BOROWSKY & HAYES LLP
One Market Plaza
Steuart Tower Suite 1275
San Francisco, CA 94105
Tel. (415) 896-6800
Fax (415) 896-0600

**Prayer for Relief**

WHEREFORE, FusionArc requests that the Court:

A. Enter judgment that Solidus has infringed the `546 patent under 35 U.S.C. § 271;

B. Enter judgment that Solidus has infringed the `244 patent under 35 U.S.C. § 271;

C. Declare that this is an exceptional case under 35 U.S.C. § 285 and award FusionArc its attorneys' fees and expenses in this action;

D. Award FusionArc its costs in this action; and

E. Enter any such other and further relief to which FusionArc may be entitled as a matter of law, or which the Court may otherwise deem just and proper.

Dated: September 12, 2007

BOROWSKY & HAYES LLP

/s/ Philip Borowsky
By: PHILIP BOROWSKY
Attorneys for Plaintiff FUSIONARC, INC.

**Renewed Demand for Jury Trial**

FusionArc hereby renews its demand for a trial by jury for all the issues so triable in this action.

Dated: September 12, 2007

BOROWSKY & HAYES LLP

/s/ Philip Borowsky
By: PHILIP BOROWSKY
Attorneys for Plaintiff FUSIONARC, INC.