IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FUSIONARC, INC.,

    Plaintiff,

v.

SOLIDUS NETWORKS, INC.,

    Defendant.

*E-FILED - 3/31/11*

CASE NO.: C-06-06760-RMW

**ORDER CLOSING FILE IN VIEW OF BANKRUPTCY STAY**

This action has been stayed by the defendant's bankruptcy proceedings. Therefore, the case is hereby closed. It may be reopened on application by any party showing that the bankruptcy stay has been lifted. The clerk will close the file.

DATED: March 31, 2011

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Copy of Order E-Filed to Counsel of Record: